**Opinion issued December 10, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00925-CR

———————————

## IN RE JOVELL DENNIS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Jovell Dennis, has filed a petition for writ of mandamus, seeking to compel the trial court clerk to return his article 11.07 application for writ of habeas corpus to him pursuant to Texas Rule of Appellate Procedure 73.2.[*]

We have no authority to issue writs of mandamus in criminal law matters pertaining to proceedings under Texas Code of Criminal Procedure article 11.07.

---

[*] The underlying case is *In re Jovell Dennis*, No. 1214309-A, in the 248th District Court of Harris County, Texas, the Honorable Katherine Cabaniss presiding.

*See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2013); *In re Briscoe*, 230 S.W.3d 196, 196–97 (Tex. App.—Houston [1st Dist.] 2006, orig. proceeding); *In re McAfee*, 53 S.W.3d 715, 717 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding); *see also* TEX. GOV'T CODE ANN. § 22.221(a), (b) (West 2004); *In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.—San Antonio 1998, orig. proceeding).

Accordingly, we **dismiss** the petition for writ of mandamus for want of jurisdiction.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).